TEXAS ex rel. PAN AMERICAN PRODUCTION
CO. et al. *v.* CITY OF TEXAS CITY,
TEXAS, et al.

No. 574. Decided March 3, 1958.

*Francis G. Coates* for appellants.

*Dow H. Heard* for appellees.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

OOSTERHOUDT *v.* MORGAN et al., constituting
the FLORIDA STATE BOARD OF
ACCOUNTANCY.

No. 623. Decided March 3, 1958.

*Edward McCarthy* and *Elliott Adams* for appellant.

*Charles E. Pledger, Jr., Justin L. Edgerton* and *L. William Graham* for appellees.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.